

**INDEPTHPOLYGRAPHS.COM**
A DIVISION OF INTERNATIONAL INVESTIGATIVE GROUP, LTD

CERTIFIED POLYGRAPH EXAMINERS

**DANIEL D. RIBACOFF**
APA, NPA, BEPA, ASTM, LPI, GG

**LISA J. RIBACOFF**
MSED, APA, NPA, CPE, LPI

VIA:   EMAIL

January 15, 2020

Sean Kiely, Esq.
Felder, Felder & Nottes, P.C.
437 Madison Avenue, #36
New York, NY  10022

Re            :   Polygraph Examination
Examinee      :   John G. Kennedy, M.D.
Date of Exam  :   January 10 & 15, 2020
Location      :   Law Offices of Felder, Felder & Nottes P.C.
Our Ref #     :   20-3011.999P
Issue         :   Civil Litigation

**PRIVILEGED AND CONFIDENTIAL
POLYGRAPH EXAMINER/ ATTORNEY WORK PRODUCT**

Dear Mr. Kiely:

Pursuant to your request, the undersigned polygraph examiner conducted a Psychophysiological Detection of Deception Test (polygraph examination) with the above referenced examinee, in regards to issues surrounding a civil litigation.

During the pre-test interview, the examinee discussed the relevant issues. These issues were thoroughly discussed and consolidated into the relevant questions for this examination.

1350 Avenue of the Americas, 2nd Floor, New York, New York 10019    Tel: (212) 987-0808    Fax: (800) 863-3374
55 Maple Avenue, Suite 304, Rockville Centre, New York 11570        Tel: (516) 764-3242    Fax: (516) 764-3362
500 Mamaroneck Ave, Suite 320, Harrison, New York 10528             Tel: (800) 766-2779    Fax: (800) 863-3374
8549 Wilshire Blvd, #825, Beverly Hills, California 90211           Tel: (310) 592-0027    Fax: (800) 863-3374
7050 W. Palmetto Pk. Rd, Ste. 15-437  Boca Raton, Florida 33433     Tel: (561) 892-2171    Fax: (800) 863-3374

INDEPTHPOLYGRAPHS.com                                    A DIVISION OF INTERNATIONAL INVESTIGATIVE GROUP, LTD.

## MEDICAL AND PSYCHOLOGICAL HISTORY

| | | |
|---|---|---|
| *Illegal Drugs* | : | None |
| *Medical Conditions* | : | None |
| *Psychiatric/Psychological Conditions* | : | None |
| *Medications* | : | None |
| *Recent Alcohol* | : | None |
| *Rest* | : | Adequate |
| *Pain/Discomfort* | : | None |
| *Distraught over situation* | : | Yes |
| *Distraught over taking a polygraph* | : | No |

## POLYGRAPH EXAMINATION

The Air Force Modified General Question Test, Version 2 (AFMGQTv2), a validated and approved test by the three national polygraph organizations and the US Government's Polygraph Institute, was utilized. This test has a scientific accuracy of up to 95%. A Limestone Computerized Polygraph instrument was used to record the subject's cardio/pulse responses, upper and lower respiration, and electrodermal skin conductance tracings. The instrument was functionality-checked per factory procedure for the date of this examination; all functions were satisfactory.

Three examination charts were collected, following one acquaintance test that was administered in order to observe a "known lie" pattern.

The examinee was asked the following relevant questions:

REF: 20-3011.999P                 2              EXAMINEE: DR. JOHN G. KENNEDY

**R4.  Have you retaliated in any way against Susanne Schafmeister?**

Subject's reply:        No

Result:        **No Deception Indicated**

**R5.  In the past 7 years, have you had any form of sexual contact with Susanne Schafmeister?**

Subject's reply:        No

Result:        **No Deception Indicated**

**R7.  Did you ever authorize Susanne Schafmeister to pay over $135,000 from your business account for her personal expenses?**

Subject's reply:        No

Result:        **No Deception Indicated**

**R8.  In July 2019, did you authorize Susanne Schafmeister to issue a check for $12,000 to herself?**

Subject's reply:        No

Result:        **No Deception Indicated**

## EXAMINER'S NOTES

The definition of sexual contact included romantic kissing, sexual touching, oral sex or any form of intercourse. It also included any form of communication for the purpose of pursing sexual physical contact with Suzanne Schafmeister. This included text messages, telephone calls, nude photographs, etc.

## CONCLUSION / OPINION

It is the opinion of the examiner, based upon a procedural review of physiological data evident within the subject's polygraph charts, that there **WERE NO** significant reactions indicative of deception present when the subject replied to the above relevant test questions. Accordingly, the test is scored as **TRUTHFUL**.

## REMARKS

At this time, we have completed the prescribed examination and reported our findings here in.

This concludes our service to you.

*InDepthPolygraphs.com*
*a division of International Investigative Group, Ltd.*

BY:

*[signature: Daniel D. Ribacoff]*

Daniel D. Ribacoff, LPI – Test Administrator
Advanced Certified Polygraph Examiner
Advanced Certified Post-Conviction Sex Offender Testing
Member, American Polygraph Association, Associate #9773
Member, National Polygraph Association
Member, New York State Polygraph Examiners Association
Member, ASTM International (American Society of Testing and Materials)
Member, British & European Polygraph Association, Member #101290
Member, International Society of Polygraph Examiners
Member, American Society for Trial Consultants
Approved Polygraph Examiner, State of Connecticut POSTC

BY:

*[signature: Lisa Ribacoff]*

Lisa J. Ribacoff – Quality Control
**Director**, American Polygraph Association
Advanced Certified Polygraph Examiner
Advanced Certified Post-Conviction Sex Offender Testing
Member, International Society of Polygraph Examiners
Member, National Polygraph Association
Member, ASTM International (American Society of Testing and Materials)
Member, British & European Polygraph Association, Member #101291
Member, Florida Polygraph Association
Member, American Society for Trial Consultants
Approved Polygraph Examiner, State of Connecticut POSTC

DDR/lmi

Kennedy-Kiely-Felder0115

International Investigative Group, Ltd. provides all data "as is" and makes no guarantee or warranty as to the completeness, accuracy, usefulness, or fitness of any information provided, and the entire risk of using or acting upon any information obtained in any manner from International Investigative Group, Ltd. including the entire cost of any and all necessary remedies, is with those who choose to rely on any such information.  International Investigative Group, Ltd. shall not be liable or responsible for any loss, injury, claim, liability, damage or expense of any kind or nature, including attorney's fees, or for any loss of business to its clients, or for any other loss from any cause or causes within or beyond the control of International Investigative Group, Ltd. in connection with any clients use of any portion of this testing process, reports and opinions.  Polygraph results are based upon the examiners opinion, by interpreting physiological data recorded on charts. Mechanical, digital and human errors are possible. Polygraph accuracy has been debated for decades, International Investigative Group has not conducted independent research into accuracy, but relies on studies performed by internationally recognized groups for data. Opinions can vary from examiner to examiner. By accepting this report, the client hereby indemnifies, releases and forever discharges and holds International Investigative Group, Ltd., InDepth Polygraphs (a division of International Investigative Group, Ltd.) its agents, subsidiaries, affiliates, officers, directors and employees harmless from any and all claims, demands, judgments, causes of actions, and legal fees arising out of or in connection with such testing, the results, opinions and reports and any lawful use of the results, opinions or reports.