CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
THE PEOPLE OF THE STATE OF NEW YORK

-against-

Susanne Schafmeister (F 43),

Defendant.

FAMILY OFFENSE
DEFENDANT/VICTIM
RELATIONSHIP: FORMER
GIRLFRIEND
**FELONY**
ADA Sarah McAteer
(212) 335-9273

CR-036794-19NY

Detective Oscar Nieves, Shield #7869 of the GRAND LARCENY DIVISION, states as follows:

**The defendant is charged with:**

PL 155.40(1)         Grand Larceny in the Second Degree
                     (defendant #1: 1 count)

On or about January 5, 2018 at about 9:00 A.M., inside 523 East 72nd Street in the County and State of New York, the defendant stole property valued in excess of 50,000 dollars.

**The factual basis for this charge is as follows:**

I am informed by an individual known to the District Attorney's Office that he employed the defendant at the above location and that, during 2018, as part of that employment the defendant was responsible for writing checks on behalf of the individual and signing those checks on the individual's behalf. I am informed that the defendant was authorized to write payroll checks to herself each month in the amount of $12,000 and was not authorized to write checks to herself for any higher amount.

I am informed that this individual reviewed his financial records and observed that between January 3, 2018 and December 14, 2018, approximately eleven checks were written to the defendant surpassing her monthly $12,000 paycheck, totaling an excess of $18,850. I am informed that the defendant no longer had permission or authority to write checks on behalf of the individual in July 2019 and that the individual observed a check written to the defendant on July 17, 2019 for $12,000.

I am informed that the individual further observed that seventeen checks were written from his account between May 9, 2018 and December 31, 2018 payable to American Express, totaling $130,016.75. I am informed that the individual did not authorize any of these checks.

I am informed that the defendant has been working for the above individual for



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
THE PEOPLE OF THE STATE OF NEW YORK

-against-

Susanne Schafmeister (F 43),

Defendant.

FAMILY OFFENSE
DEFENDANT/VICTIM
RELATIONSHIP: FORME
GIRLFRIEND
**FELONY**
ADA Sarah McAteer
(212) 335-9273

over ten years and that this individual recognizes the handwriting on all of the above-mentioned checks to be that of the defendant.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____  10/8/19   12:04
Detective Oscar Nieves                Date       Time