```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SUSANNE SCHAFMEISTER,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :
                                                            :
NYU LANGONE HOSPITALS, et al.,                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2021

19-CV-11875 (VSB) (DF)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

This case is currently scheduled for a post-discovery conference on January 29, 2021. (Doc. 39.) It is my understanding that there remain issues outstanding that must be settled before discovery is concluded. Accordingly, it is hereby:

ORDERED that the post-discovery conference scheduled for January 29, 2021 in the above-captioned case is ADJOURNED. I will re-schedule the conference at a future date.

SO ORDERED.

Dated:   January 25, 2021
         New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge