```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SUSANNE SCHAFMEISTER,                   :    19cv11875 (DLC)
                                        :
                                        :         ORDER
                          Plaintiff,    :
                                        :
              -v-                       :
                                        :
NYU LANGONE HOSPITALS,                  :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On August 27, 2020, the above captioned case was referred to Magistrate Judge Debra C. Freeman for general pretrial purposes. Accordingly, it is hereby

ORDERED that the general pretrial referral is vacated.

SO ORDERED:

Dated:   New York, New York
         September 17, 2021

                              _____
                                    DENISE COTE
                              United States District Judge